UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN ENRIQUEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-06-207 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

### ORDER ADOPTING AMENDED MEMORANDUM AND RECOMMENDATION TO DENY PETITIONER'S RULE 60(b) MOTION

On February 6, 2009, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion to vacate a judgment pursuant to Rule 60(b) (D.E. 92) be denied for lack of merit, or, in the alternative, dismissed for want of jurisdiction. On February 25, 2009, petitioner filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that petitioner's motion to vacate a judgment pursuant to Rule 60(b) is denied for lack of merit.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 18th day of May, 2009.

                                                  Janis Graham Jack
                                            United States District Judge